■ RAMONA PRODUCTIONS, INC., Respondent, v WBC PRODUCTIONS, INC., et al., Defendants. GROUP W. PRODUCTIONS, INC., Interpleading Plaintiff-Appellant, v MILLARD LAMPBELL et al., Interpleaded Defendants.—Order, Supreme Court, New York County, entered on September 12, 1975, unanimously affirmed. Respondent shall recover of appellant $40 costs and disbursements of this appeal. Technically, there was no default on the return

date of the motion since plaintiff appeared through its lawyer's service and sought, unsuccessfully, to consent to a conditional 30-day order. Its motion for reargument, though treated as a motion to open a default, was properly granted in the court's discretion (CPLR 5015, subd [a], par 1), and the conditions imposed have apparently been satisfied. Concur—Stevens, P. J., Kupferman, Birns, Capozzoli and Lane, JJ.